Reich, Reich & Reich, P.C.
Attorneys for Debtor
235 Main Street, 4th Floor
White Plains, NY 10601
(914) 949-2126
By: Jeffrey A. Reich
jreich@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

       ROBERT PILCHIK, MD

                  Debtor.
---------------------------------------------------------X

Chapter 11

Case No. 15-22802 (RDD)

### ROBERT PILCHIK, MD'S CERTIFICATION OF BALLOTS WITH RESPECT TO HIS CHAPTER 11 PLAN OF REORGANIZATION ("PLAN")

**TO THE HONORABLE ROBERT D. DRAIN**
**UNITED STATES BANKRUPTCY JUDGE:**

Robert Pilchik, MD (the "Debtor") does hereby submit to the Court that the Plan should be deemed accepted by the creditors of Class 4 under the Plan, which Class is impaired by the Plan under Section 1124 of the Bankruptcy Code, and does hereby certify that the Plan has been accepted in writing by the creditors in Class 4 holding at least two thirds in amount and more than one half in number of the voting allowed claims of such class that have accepted or rejected the Plan as follows:

| **Number and Amount of Class 4 Claims Accepting Plan** | **Number and Amount of Class 2 Claims Rejecting Plan** |
|---|---|
| 1 – Internal Revenue Service ("IRS") in the amount of $372,587.44, together with statutory interest[1] | NONE |

---

[1] The IRS' Class 4 vote in favor of the Plan is conditioned upon the Debtor's agreement to propose certain language amendments to the Plan to the Court at the Confirmation Hearing that have no effect on the distribution to other creditors under the Plan and further that the proposed additional language actually being included in the final confirmation order.

1

The Debtor does hereby submit to the Court that the Plan should be deemed accepted by the creditors of Class 6 under the Plan, which Class is impaired by the Plan under Section 1124 of the Bankruptcy Code, and does hereby certify that the Plan has been accepted in writing by the creditors in Class 6 holding at least two thirds in amount and more than one half in number of the voting allowed claims of such class that have accepted or rejected the Plan as follows:

| **Number and Amount of Class 6 Claims Accepting Plan** | **Number and Amount of Class 6 Claims Rejecting Plan** |
|---|---|
| 1 – One West Bank, N.A. having a Class 6 claim in the amount of $53,192.82; | NONE |
| 2 - The IRS having a Class 6 claim in the amount of $127,000.20[2]; and | |
| 3 – American Express Centurion Bank having a Class 6 claim in the amount of $6,663.59 | |

---

[2] The IRS' Class 6 vote in favor of the Plan is conditioned upon the Debtor's agreement to propose certain language amendments to the Plan to the Court at the Confirmation Hearing that have no effect on the distribution to other creditors under the Plan and further that the proposed additional language actually being included in the final confirmation order.

The undersigned certify that they have carefully examined the vote on the Plan and submit that it is proper in form and substance.

Date: White Plains, New York
      March 1, 2019

                                      Reich, Reich & Reich, P.C.
                                      Attorneys for the Debtor

                        By: /s/Jeffrey A. Reich
                                      Jeffrey A. Reich
                                      235 Main Street, 4th Floor
                                      White Plains, NY 10601
                                      (914) 949-2126
                                      jreich@reichpc.com